UNITED STATES DISTRICT COURT
NORTH DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | : : : |
| Plaintiff, | : **Civil Action No. 08 CV 1662** |
| v. | : |
| | **Judge Holderman** |
| AMERICAN HOTELS, INC., an Illinois Corporation, and AZMATULLAH KHAN, an individual, | : : **Magistrate Judge Cox** |
| Defendants. | |

**PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT**

Plaintiff Days Inns Worldwide, Inc. ("DIW"), by and through counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby discloses DIW's corporate interests as follows:

1. Days Inns Worldwide, Inc. is a non-publicly traded corporation that is a wholly owned subsidiary of Wyndham Worldwide Corporation.

2. Barrow, Hanley, Mewhinney & Strauss, Inc. currently owns more than 10% of the common stock of Wyndham Worldwide Corporation.

2. Wyndham Worldwide Corporation is a publicly traded holding company.

Respectfully submitted,

/s/ Bruce M. Lichtcsien
Bruce M. Lichtcsien    IL # 6204943
blichtcsien@cozen.com
COZEN O'CONNOR
222 South Riverside Plaza, Suite 1500
Chicago, IL  60606
(312) 382-3153
(312) 706-9753 (Facsimile)

    - and -
Of Counsel:
Edward R. Spalty
David Jermann
ARMSTRONG TEASDALE LLP
2345 Grand Blvd., Suite 2000
Kansas City, MO  64108-2617
(314) 221-3420
(314) 221-0786 (Facsimile)

A<span/>TTORNEYS F<span/>OR P<span/>LAINTIFF