**Days Inn Worldwide, Inc.**

vs

**American Hotels, Inc. and
Azmatullah Khan**                                       Case No: 08CV1662

### Proof of Service Affidavit

Marty Mroz, being first duly sworn on oath deposes and says he is over 18 years of age, not a party to the above suit and is a registered employee of the Illinois Department of Professional Regulation Private Detective Agency #117-000206, Myers Service Inc., d/b/a MSI Detective Services.

That he served one copy of the summons for the individual and one copy of the summons as the registered agent of the business American Hotels on Azmatullah Khan on Friday 05/16/2008 at 10:18 am at the business address of AAA Tax Service located at 2457 W Peterson Ave, Chicago, IL 60659. Azmatullah Khan accepted the papers.

Azmatullah Khan is described as an Asian/Indian male, approximately 50 years of age, 5'8, medium build, with black hair, balding, glasses and a beard.

_____
SPECIAL PROCESS SERVER (signature)

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
SPECIAL PROCESS SERVER (signature)