UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOTELS, INC., an Illinois Corporation, and AZMATULLAH KHAN, an individual,<br><br>Defendants. | Civil Action No. 08 C 1662<br><br>**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT OF DEFENDANTS AMERICAN HOTELS, INC. AND AZMATULLAH KHAN** |

TO: Michael W. Dobbins
Clerk of the United States District Court
Northern District of Illinois, Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Days Inns Worldwide, Inc. respectfully requests that the Clerk of this Court enter a default against Defendants American Hotels, Inc. and Azmatullah Khan for failure to plead or otherwise defend the claims asserted by Plaintiff in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based on the attached Affidavit of Bruce Lichtcsien, which shows:

1. Days Inns Worldwide, Inc. commenced this action on March 20, 2008, by filing its Verified Complaint with the Court.

2. Defendants American Hotels, Inc. and Azmatullah Khan were served with the Verified Complaint and Summons on May 16, 2008.

3. The Proof of Service Affidavits were filed with this Court on May 21, 2008, establishing that service was proper pursuant to Rule 4 of the Federal Rules of Civil Procedure.

      4.    Defendants American Hotels, Inc. and Azmatullah Khan failed to plead or otherwise respond to the Verified Complaint.

      5.    The applicable time limit for responding has expired.

      6.    Defendants American Hotels, Inc. and Azmatullah Khan are not infants or incompetent persons.

WHEREFORE, Days Inns Worldwide, Inc. respectfully requests that the Clerk of this Court enter a default against Defendants American Hotels, Inc. and Azmatullah Khan for failure to plead or otherwise defend the claims asserted by Plaintiff in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: August 5, 2008

Respectfully submitted,

COZEN O'CONNOR

By: /s/ Bruce M. Lichtcsien
    Bruce M. Lichtcsien
    222 South Riverside Plaza, Suite 1500
    Chicago, IL  60606
    (312) 382-3100
    blichtcsien@cozen.com

CHICAGO\645464\1  221188.000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN HOTELS, INC., an Illinois Corporation, and AZMATULLAH KHAN, an individual,<br><br>　　　　Defendants. | :<br>:<br>:　Civil Action No. 08 C 1662<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF BRUCE M. LICHTCSIEN

The undersigned, Bruce M. Lichtcsien, declares and states as follows:

1.　I am an attorney of law in the State of Illinois, and I am associated with the law firm of Cozen O'Connor, counsel for Days Inns Worldwide, Inc. ("DWI") in the above matter.

2.　I make this affidavit based upon my personal knowledge and review of the relevant documents in support of DWI's request for the Entry of Default against Defendants American Hotels, Inc. and Azmatullah Khan pursuant to Fed.R.Civ.P. 55(a).

3.　DWI commenced this action on March 20, 2008 by filing its Verified Complaint with the Court. *See* Complaint (Docket No. 1).

4.　Defendants American Hotels, Inc. and Azmatullah Khan were each served with a copy of the Summons and Verified Complaint by personal service on May 16, 2008. *See* Returns of Service (Docket Nos. 7 and 8).

5.　Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendants were required to answer or otherwise plead in response to the Verified Complaint within twenty (20) days after service. Defendants' answers were therefore due on or before June 5, 2008.

6.  As of the date of this Affidavit, neither Defendant American Hotels, Inc. nor Defendant Azmatullah Khan has filed or served counsel for DWI with any answer or other responsive pleading in this matter, and there is no record in the Court file of any answer or other responsive pleading having been filed by either of these Defendants.

Accordingly, default should be entered against Defendants American Hotels, Inc. and Azmatullah Khan in accordance with Fed.R.Civ.P. 55(a).

I affirm under the penalties of perjury that the foregoing representations are true and correct. Executed this 5th day of August, 2008.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Bruce M. Lichtcsien

Subscribed and sworn to before me, a Notary Public, this 5th day of August, 2008.

_____
Notary Public

My Commission expires: January 10, 2010

> NOTARY PUBLIC
> OFFICIAL SEAL
> STATE OF ILLINOIS
> ED RODEGHIER
> MY COMMISSION EXPIRES
> JANUARY 10, 2010

CHICAGO\645481\1 221188.000

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, : : : | |
| Plaintiff, : | Civil Action No. 08 C 1662 |
| v. : | |
| AMERICAN HOTELS, INC., an Illinois Corporation, and AZMATULLAH KHAN, an individual, : : | |
| Defendants. | |

## CLERK'S ENTRY OF DEFAULT

This matter is before the Clerk of the Court on Plaintiff's Motion for Entry of Clerk's Default against Defendants American Hotels, Inc. and Azmatullah Khan, pursuant to Federal Rule of Civil Procedure 55(a). Defendants American Hotels, Inc. and Azmatullah Khan were named in this action by a Complaint filed March 20, 2008. As the record reflects, the Summons and Complaint were served on Defendants American Hotels, Inc. and Azmatullah Khan on May 16, 2008. Defendants American Hotels, Inc. and Azmatullah Khan have failed to file either answers or other responsive pleadings in the time required by law.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Clerk's Default against Defendants American Hotels, Inc. and Azmatullah Khan is GRANTED, and the default of these Defendants is hereby entered.

Entered this ___ day of August, 2008.

_____

CHICAGO\645487\1 221188.000